# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JABARI LYLES,** | * | |
| Plaintiff, | * | |
| | * | **Civil Action No. RDB-19-3235** |
| v. | * | |
| **CHEGG, INC.,** | * | |
| | * | |
| **Defendant.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Presently pending in this case are Defendant's Motion for Clarification or Modification of the Court's April 27, 2020 Order (ECF No. 26) and Plaintiff's Motion for Leave to Take Limited Discovery (ECF No. 28). This Court conducted a telephonic motions hearing on December 8, 2020.[1] *See* Local Rule 105.6 (D. Md. 2018). Having reviewed the parties' submissions and having heard argument of counsel, for the reasons set forth on the record at the December 8, 2020 motions hearing, Defendant's Motion for Clarification or Modification of the Court's April 27, 2020 Order (ECF No. 26) is GRANTED with clarification provided on the record, and Plaintiff's Motion for Leave to Take Limited Discovery (ECF No. 28) is DENIED AS MOOT.

IT IS HEREBY SO ORDERED THIS 9TH DAY OF DECEMBER, 2020.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge

---

[1] The motions hearing was conducted via telephone because of the circumstances created by the COVID-19 Pandemic. *See* Standing Order 2020-20 (D. Md. 2020).